# Court of Appeals
# of the State of Georgia

ATLANTA, February 06, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0806.  ROBERT L. VEAL, et al. v. DEUTSCHE BANK NATIONAL TRUST COMPANY.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Robert and Gloria Veal appealed the magistrate court's decision to the superior court, which affirmed the magistrate court ruling on motion for summary judgment.  The Veals then filed a direct appeal, which was docketed as Case No. A12A1809, and dismissed for failure to follow discretionary appeal procedures.

Following remittitur and a hearing, the superior court entered an order releasing funds paid into the registry of the court to Deutsche Bank National Trust Company. The Veals filed an application for discretionary appeal from that order, which was denied on November 12, 2012.  See Case No. A13D0106.  In the instant case, the Veals have filed a direct appeal from the superior court's October 17, 2012, order entering a writ of possession, and Deutsche Bank National Trust Company has moved to dismiss the appeal for failure to follow the discretionary appeal procedures.

When a superior court order involves a de novo appeal from a magistrate court ruling, an appellant is required to follow the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).*  The Veals have failed again to comply with the discretionary appeal procedure, which failure deprives us of jurisdiction.  Therefore, the appellee's motion to dismiss this appeal is hereby GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/06/2013
*I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court
hereto affixed the day and year last above written.*

_____ *, Clerk.*